John T. KING, Claimant–Appellant

v.

Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2014–7087.

United States Court of Appeals, Federal Circuit.

April 8, 2015.

Karl A. Kazmierczak, Kazmierczak & Kazmierczak, LLP, Oakland, NJ, argued for claimant-appellant.

Domenique Grace Kirchner, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.; David J. Barrans, Rachael Brant, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

WALLACH, TARANTO, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**